United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **ROCKY DELEON, TDCJ #02136672,** § § | |
| Plaintiff, § § | |
| v. § | **CIVIL ACTION NO. 5:22-cv-52** |
| § | |
| **JAVIER VILLASAÑA, et al.,** § § | |
| Defendants. § | |

## FINAL JUDGMENT

On March 13, 2023, Plaintiff's claims against Officer Villasaña for sexual abuse and harassment and against Warden Marshall, Captain Salinas, and Major Perales for failure to intervene, failure to investigate, and retaliation were dismissed. (Dkt. No. 19). The Memorandum Opinion and Order signed on this day, (Dkt. No. 52), dismissed Plaintiff's sole remaining claim for retaliation against Officer Villasaña. Therefore, this case is **DISMISSED WITH PREJUDICE.**

The Clerk is hereby **DIRECTED** to promptly mail this Order to Plaintiff via certified mail at T.D.C.J. Bill Clements Unit, 9601 Spur 591, Amarillo, Texas 79107 return receipt requested.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on October 28, 2024.

John A. Kazen
United States District Judge